IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13MJ313 |
| v. | : | |
| AMANDA N. BURNS | : | |

### ORDER TO UNSEAL ARREST WARRANT, COMPLAINT AND SUPPORTING AFFIDAVIT FOR CRIMINAL COMPLAINT

Upon motion of the United States, and for the reason that AMANDA N. BURNS has been arrested, the Criminal Complaint, Arrest Warrant, and Supporting Affidavit for Criminal Complaint is hereby ordered unsealed.

July 12, 2013.         *s/ Michael R. Merz*
                        United States Magistrate Judge